**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Terry T Cousin

**Case/AP Number** 15-12959 **-FJB**
**Chapter** 13

#102 Chapter 13 Trustee's Motion for Order Dismissing Case for Failure to Make Plan Payments with certificate of service and proposed order.. Objections due by 04/16/2018. (Bankowski-13-12, Carolyn)

**COURT ACTION:**

_____Hearing held

_____Granted    _____Approved    _____Moot

_____Denied    _____Denied without prejudice    _____Withdrawn in open court

_____Overruled    _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Withdrawn.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*

_____Dated: 04/23/2018
Frank J. Bailey
United States Bankruptcy Judge